**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-6145**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TOY BURTRON MADDEN,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Chief District Judge. (CR-94-440-JFM)

───────────────

Submitted:  June 19, 1997          Decided:  June 30, 1997

───────────────

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Toy Burtron Madden, Appellant Pro Se.  Joyce Kallam McDonald, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Toy Burtron Madden appeals the district court's order denying his challenge to the district court's original criminal jurisdiction and venue. We have reviewed the record and the district court's opinion and find no reversible error. Jurisdiction was proper under 18 U.S.C. § 3231 (1994), and venue was proper under 18 U.S.C. § 3237 (1994), and Fed. R. Crim. P. 18. We deny Madden's motion to vacate his sentence with immediate release from custody. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2